# AFFIDAVIT

1. I, Joseph M. Miller, being duly sworn, depose and state as follows:

2. Your affiant is employed as a Criminal Investigator with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since November 2016. Your affiant is currently assigned to the Omaha Field Office within the Kansas City Field Division, and has participated in numerous narcotics and firearms investigations. As part of training to become a Criminal Investigator, your affiant attended six months of specialized training at the Federal Law Enforcement Training Center in Glynco, Georgia. Your affiant also received specific training in the determination of probable cause and use of warrants and complaints to enforce federal laws within the ATF's jurisdiction. As a Criminal Investigator with the ATF my duties include, but are not limited to, conducting criminal investigations concerning violations of the Federal Firearms & Explosives Laws, Drug Trafficking Laws, and violations of ATF Regulations. Prior to being employed with the ATF, your affiant was employed with the United States Secret Service – Uniformed Division (USSS-UD) for 7 years. Duties with the USSS-UD included conducting surveillance, making arrests for various offenses to include simple possession of controlled substances, possession of dangerous weapons, and testifying in trial during criminal investigation hearings. Prior to working for USSS-UD, your affiant attended the University of Nebraska for 4 years and received a Bachelor's of Science in Criminal Justice.

3. Your affiant states the following to be true and correct to the best of his knowledge. This affidavit is based upon your affiant's personal knowledge and observations, information provided by knowledgeable law enforcement agents and officers who are involved in this investigation, and information obtained from public records. This affidavit is submitted in support of an application for a search and seizure warrant for the following location(s):


FILED
By: Clerk's Office, Southern District of Iowa
9:44 am, Mar 20 2020

1

4. The primary residence of Jamare Noah MCCALLUM located at 29 Dillman Dr Apt. #10b, Council Bluffs, IA 51503 which is further described in Attachment A.

5. On March 19, 2020, the ATF initiated an investigation into Jamare Noah MCCALLUM (herein referred to as MCCALLUM), DOB: xx-xx-1982, for violations of 18 United States Code § 922(n) and 922(a)(6) of the Gun Control Act, that is, receipt of firearm by prohibited person under indictment for a crime punishable by a term exceeding one year (felony) and making a false or fictitious statement during a firearms transaction, respectively.

6. This affidavit is made for the purpose of obtaining a search warrant and arrest warrant. It does not include each and every fact known to your affiant concerning this investigation

## STATEMENT OF FACTS

7. On March 19, 2020, ATF Agents of the Omaha Field Office fielded a call from Felony Assault detectives of the Omaha Police Department (OPD). OPD Lieutenant Christensen advised that Jamare Noah MCCALLUM (DOB: xx-xx-1982) of 29 Dillman Dr #10b, Council Bluffs, IA 51503 had purchased two firearms from Brown's Loans, in Council Bluffs, Iowa, a federally licensed firearms dealer with the Bureau of Alcohol, Tobacco, Firearms and Explosives on March 19, 2020.

8. Lt. Christensen also advised that MCCALLUM was bound over to District Court in Nebraska for the charge of Terroristic Threats (class 3A felony) on March 16, 2020 when he waived preliminary hearing and appearance rights. The waiver was signed by both MCCALLUM and his court appointed attorney.

9. The charge of Terroristic Threat stemmed from an incident at the Mutual of Omaha building located at 11837 Miracle Hills Dr, Omaha, NE on March 04, 2020 where MCCALLUM had contacted the victim and made threats to the affect that MCCALLUM would purchase a

firearm and "put [them] in a ditch" directed at the victim. The victim reported this to OPD who responded to take the report. While OPD was interviewing the victims, MCCALLUM appeared in person at the Mutual of Omaha building and was taken into custody without further incident. MCCALLUM advised that he drove a Chevrolet Blazer, black in color to the Mutual of Omaha building.

10. On March 19, 2020, MCCALLUM purchased the following two firearms: a Taurus, model G2C handgun, 9mm, serial number TMT38496 and a Smith & Wesson, model M&P Sport 2, 5.56 caliber, serial number TK 55958 (herein referred to as subject firearms). MCCALLUM filled out the ATF Firearm Transaction Record (Form 4473) as required by law when purchasing a firearm. Under section 11, question "b" of this form the purchaser is required to answer either "yes" or "no" if they are "under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year?" The 4473 record indicates that MCCALLUM marked "no" in response to this question.

11. The form also indicates that MCCALLUM used an Iowa Nonprofessional Permit to Carry Weapons during the purchase of the firearms. This permit bears the number 1019BJ5HW and was issued on 02-26-2020 and expires on 02-26-2025.

12. These firearms traveled in and affected interstate commerce to get to Brown's Loans before they were purchased and received by MCCALLUM.

13. Witnesses indicated that MCCALLUM arrived to Brown's Loans in a Chevrolet Malibu sedan, black in color.

14. MCCALLUM has a 2020 Chevrolet Blazer, black in color, bearing Iowa license plate JBK944 and VIN 3GNKBHRS1LS552715 registered in his name to the address of 29 Dillman Dr Apt. #10b, Council Bluffs, IA 51503. MCCALLUM also has a 2019 Chevrolet

Malibu, black in color, bearing Iowa license plate IHR095 and VIN 1G1ZB5ST8KF179192 registered in his name to the same address.

15. An query by law enforcement to Mid-America corporation revealed that MCCALLUM pays utilities in his name to the subject address of 29 Dillman Drive Apt. #10b, Council Bluffs, IA 51503.

16. Based on the above facts, there is sufficient probable cause to believe Jamare Noah MCCALLUM violated United States Code 18 § 922(n) and 922(a)(6). Further that evidence identified in Attachment B is located at 29 Dillman Drive Apt. #10b, Council Bluffs, IA 51503, as described in Attachment A.

17. Your affiant states that the above statements and facts are true and correct to the best of my knowledge, information and belief.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this day, the 19th of March, 2020, in Council Bluffs, Iowa

JOSEPH M. MILLER
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

---

Subscribed and sworn to me
on this day, the 19th of March, 2020

Helen C. Adams
United States Chief Magistrate Judge